IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELODY CHANDLER, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:17-cv-2935-S-BN |
| UNITED STATES OF AMERICA, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 17, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby GRANTS United States's Motion to Dismiss Plaintiff's Complaint for Lack of Subject-Matter Jurisdiction [Dkt. No. 23], and DENIES Plaintiff Melody G. Chandler's Motion to Amend Complaint [Dkt. No. 25]. The Court DISMISSES Plaintiff Melody G. Chandler's action without prejudice for lack of subject-matter jurisdiction, without reaching her Motion to Change Venue [Dkt. No. 25] or Motion for Summary Judgment [Dkt. No. 32].

SO ORDERED this 9th day of October, 2018.

                                                */s/ Karen Gren Scholer*

                                        KAREN GREN SCHOLER  
                                        UNITED STATES DISTRICT JUDGE